# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANTHONY C. DEARMAS

NO. 2024 KW 0645

**SEPTEMBER 23, 2024**

---

In Re:    Anthony C. Dearmas, applying for supervisory writs, 22nd
          Judicial District Court, Parish of St. Tammany, No.
          590763.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

                          MRT
                          WRC
                          CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT